## Commonwealth *v.* Newberry, Appellant.

Argued June 21, 1971. *John O. Cole*, Assistant Defender, with him *Jonathan Miller* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *Taras M. Wochok*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.